Thomas J. Bata et al., Respondents, v. Chase Safe Deposit Company et al., Defendants, and Jan A. Bata, Appellant. Thomas J. Bata et al., Respondents, v. Jan A. Bata, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

In the Matter of Joseph L. Auer, on His Own Behalf and on Behalf of All Holders of Class " A " Stock of R. Hoe & Co., Inc., et al., Respondents, against Arthur Dressel, Individually and as President of R. Hoe & Co., Inc., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioners-respondents. No opinion. Settle order on notice. Present — Breitel, J. P., Bastow, Botein and Bergan, JJ.

In the Matter of Adelaide Burks et al., Appellants, against Joseph D. McGoldrick, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

In the Matter of The People of the State of New York, by Alfred J. Bohlinger, as Superintendent of Insurance of the State of New York, Respondent. International Workers Order, Inc., Appellant; Herman A. Seligson et al., for the International Workers Order Policyholders Protective Committee, Interveners, Appellants.— Orders unanimously affirmed. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

Hilda F. Smith, as Executrix of Cyril H. Smith, Deceased, Respondent, v. Modern Air Transport, Inc., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

In the Matter of Sotiros N. Cachules et al., Acting on Behalf of 116 East 57th Street, Inc., Respondents, against Carlyle Finkelstein, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

Virginia P. G. Benjamin, Appellant, v. Henry R. Benjamin, Respondent.— Order unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

Frances Resnick et al., Appellants, v. Croton Park Colony, Inc., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.